UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 3:17-cv-00290-TJC-MCR

DOUGLAS LONGHINI,

    Plaintiff,

v.

BENGEN, LLC, OFFICE DEPOT, INC.
a/k/a OFFICE DEPOT # 135, and
WHO'Z NEXT BARBER & BEAUTY, LLC
d/b/a WHO'Z NEXT BARBER SHOP,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND FOR DISMISSAL

THIS CAUSE came before the Court on the parties' "Joint Motion For Approval of Settlement and for Dismissal," and the parties' Settlement Agreement attached thereto, and the Court having reviewed the Settlement Agreement and the pleadings and papers filed in this cause, being advised that the parties' settlement expressly requires this Court's approval of the Settlement Agreement and retention of jurisdiction to enforce the Settlement Agreement, as a condition precedent to the effectiveness of their Settlement Agreement, it is hereby

ORDERED AND ADJUDGED that:

1. This Court has reviewed and hereby approves the Settlement Agreement entered into by the parties and directs the parties to comply with the terms thereof.

2. The Court retains jurisdiction over this matter for the purpose of enforcement of the Settlement Agreement.

3. Subject only to the foregoing reservation, this action is otherwise dismissed with prejudice, ~~with no award of fees or costs to any party.~~ *[DC]*

4. Any pending motions are hereby DENIED as moot and this case is closed.

DONE AND ORDERED in Chambers at Jacksonville, Florida, this 18 day of ~~May~~ June, 2018.

*[signature]*

UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF FLORIDA

Copies furnished to:
*All Counsel of Record*